Milton MORRIS *v.* STATE of Arkansas

CR 04-840                                                      190 S.W.3d 906

Supreme Court of Arkansas
Opinion delivered September 9, 2004

*Hurst & Morrisey, PLLC,* by: *Q. Byrum Hurst, Jr.*; and *Darrell F. Brown & Associates, P.A.,* by: *Darrell F.Brown*, for appellant.

No response.

PER CURIAM. Appellant Milton Morris, by and through Q. Byrum Hurst, Jr. and Darrell F. Brown, has filed a motion for a rule on the clerk. His attorneys, Hurst and Brown, state in the motion that the record was tendered late due to a mistake on their part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.